**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sam's Wines & Spirits Of Downers Grove** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**dba Sam's Wines & Spirits** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **26-1355319** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2010 Butterfield Road**<br>**Downers Grove, IL**<br>ZIPCODE **60515** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**1720 North Marcey Street**<br>**Chicago, IL**<br>ZIPCODE **60614** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Sam's Wines & Spirits Of Downers Grove** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Schedule Attached** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Sam's Wines & Spirits Of Downers Grove**

| Signatures |
|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Timothy W. Brink**
Signature of Attorney for Debtor(s)

**Timothy W. Brink  06215802**
**DLA Piper LLP (US)**
**203 North LaSalle Street, Suite 1900**
**Chicago, IL  60601**

**timothy.brink@dlapiper.com**

**October 28, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ J. David Foster**
Signature of Authorized Individual

**J. David Foster**
Printed Name of Authorized Individual

**Chief Financial Officer / Treasurer**
Title of Authorized Individual

**October 28, 2009**
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Sam's Wines & Spirits Of Downers Grove _____ Case No. _____
                                 Debtor(s)

# VOLUNTARY PETITION
**Continuation Sheet - Page 1 of 1**

Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor:

**Name of Debtor: Sam's Wines & Liquors Inc.**
**Case Number: Pending**
**Date Filed: 10/28/2009**
**District: Northern District Of Illinois**
**Relationship: Affiliate**
**Judge: Pending**

**Name of Debtor: Sam's Wines & Spirits Of Highland Park, LLC**
**Case Number: Pending**
**Date Filed: 10/28/2009**
**District: Northern District Of Illinois**
**Relationship: Affiliate**
**Judge: Pending**

**Name of Debtor: Sam's Wines & Liquors SL, LLC**
**Case Number: Pending**
**Date Filed: 10/28/2009**
**District: Northern District Of Illinois**
**Relationship: Affiliate**
**Judge: Pending**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                                         Case No. _____

**Sam's Wines & Spirits Of Downers Grove**                              Chapter **7**
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **60**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 28, 2009**          */s/ J. David Foster*
                                     Debtor

                                     _____
                                     Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Sam's Wines & Spirits Of Downers Grove<br>1720 North Marcey Street<br>Chicago, IL  60614 | CINTAS #769<br>1201 WEST ST CHARLES RD<br>MAYWOOD, IL  60153 | EUROPEAN IMPORTS<br>2475 N Elston Ave<br>CHICAGO, IL  60647-2033 |
| DLA Piper LLP (US)<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL  60601 | CIT TECHNOLOGY FIN SERV INC<br>21146 NETWORK PLACE<br>CHICAGO, IL  60673-1211 | FEDERAL EXPRESS<br>P.O. BOX 94515<br>PALATINE, IL  60094-4515 |
| Affy Tapple, LLC<br>PO Box 3090<br>Milwaukee, WI  53201 | CME INC. SOIREE<br>842 CLIFTON AVENUE<br>CLIFTON, NJ  07013 | FRITO LAY<br>P.O. BOX 643103<br>PITTSBURGH, PA  15264-3103 |
| AMERICAN BOTTLING CO<br>21431 NETWORK PL<br>CHICAGO, IL  60673-1214 | COCA COLA<br>135 S. LASALLE ST. DEPT 2335<br>CHICAGO, IL  60674-2335 | GIL'S GOURMET GALLERY<br>577 ORTIZ AVE<br>SAND CITY, CA  93955-3522 |
| Ascher's Chocolates<br>PO Box 95000-1875<br>Philadelphia, PA  19195-1875 | COLLINS BROTHERS<br>2113 GREENLEAF<br>EVANSTON, IL  60202 | H&B Ham Co.<br>202 Plum St.<br>Brighton, IL  62012 |
| B.D.I.<br>P.O. BOX 550<br>LAGRANGE, IL  60525 | COMED COMPANY<br>ATTN.: REVENUE MANAGEMENT DEPT.<br>2100 SWIFT DRIVE<br>OAK BROOK, IL  60523 | HEARTLAND PAYMENT SYSTEMS<br>90 NASSAU STREET<br>PRINCETON, NJ  08542 |
| BACHINGER FARMS<br>P.O. BOX 254<br>PROSPECT HEIGHTS, IL  60070 | COZZINI BROS., INC.<br>350 HOWARD AVENUE<br>DES PLAINES, IL  60018 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, LEVEL 7-425<br>100 WEST RANDOLPH STREET<br>CHICAGO, IL  60601 |
| BP<br>CREDIT CARD CENTER<br>P.O. BOX 9076<br>DES MOINES, IA  50368-9076 | DEPARTMENT OF THE TREASURY - IRS<br>CENTRALIZED INSOLVENCY OPERATIONS<br>POST OFFICE BOX 21126<br>PHILADELPHIA, PA  19114 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>BENEFIT PAYMENT CONTROL DIVISION<br>POST OFFICE BOX 4385<br>CHICAGO, IL  60680 |
| C.E. ZUERCHER & CO INC<br>7415 N. ST. LOUIS<br>SKOKIE, IL  60076-4031 | DEX<br>PO BOX 660835<br>DALLAS, TX  75266-0835 | ILLINOIS PAPER COMPANY<br>6 TERRITORIAL CT.<br>BOLINGBROOK, IL  60440 |
| CENTRAL DIST<br>2601 S. 25TH AVE<br>BROADVIEW, IL  60153 | DUPAGE COUNTY COLLECTOR<br>421 NORTH COUNTY FARM ROAD<br>WHEATON, IL  60187 | JANI-KING OF IL<br>1701 E. WOODFIELD RD #1100<br>SCHAUMBURG, IL  60173-5131 |

| | | |
|---|---|---|
| JDY MEAT<br>5135 N. CLAIRMONT #2<br>CHICAGO, IL  60625 | Pacific Gold Marketing Inc.<br>3451 Yeager Drive<br>Madera, CA  93637 | STAPLES BUSINESS ADVANTAGE<br>DEPT. DET<br>P.O. BOX 83689<br>CHICAGO, IL  60696-3689 |
| Jillson Roberts<br>330 West Castor Street<br>Santa Ana, CA  92704-3908 | POWER DISTRIBUTING LLC<br>185 INDUSTRIAL DR<br>ELMHURST, IL  60126 | STAWSKI DISTRIBUTION CO.<br>2017 N. MENDELL<br>CHICAGO, IL  60614 |
| KNOX & SCHNEIDER INC.<br>P.O. BOX 34<br>LAGRANGE, IL  60525 | PROVIDENT LIFE & ACCIDENT INS CO<br>PO BOX 403748<br>ATLANTA, GA  30384-3748 | STOLLER BEER<br>3325 MT PROSPECT RD<br>FRANKLIN PARK, IL  60131 |
| Line Sales, LLC<br>PO BOX 781<br>TIJERAS, NM  87059 | RED HEN BREAD CORP<br>250 N. WESTERN AVENUE<br>CHICAGO, IL  60612 | SWEET MARGY CONFECTION DIVA<br>3141 N. RACINE<br>CHICAGO, IL  60657 |
| Metrokane Distribution, LLC<br>797 Avenue E<br>Bayonne, NJ  07002 | RIVER VALLEY RANCH<br>39900 60TH ST<br>BURLINGTON, WI  53105-7811 | THAT PICKLE GUY<br>6359 KNOLL WOOD CT<br>LISLE, IL  60532 |
| MIDLAND CONTAINER DG<br>3545 NICHOLSON ROAD<br>PO BOX 266<br>FRANKSVILLE, WI  53126 | RUNGE PAPER CO<br>2201 ARTHUR AVE<br>ELK GROVE VILLAGE, IL  60007 | THE HOME CITY ICE CO.<br>P. O. BOX 111116<br>CINCINNATI, OH  45211 |
| MOBILE MINI INC<br>P.O. BOX 740773<br>CINCINNATI, OH  45274-0773 | SAM'S WINES & LIQUORS INC.<br>1720 NORTH MARCEY STREET<br>CHICAGO, IL  60614 | UNIFIRST CORP<br>2045 NORTH 17TH AVE.<br>MELROSE PARK, IL  60160 |
| MUZAK LLC<br>PO BOX 71070<br>CHARLOTTE, NC  28272-1070 | SECURE PRODUCTS CORPORATION<br>P.O. BOX 914<br>HILLSIDE, IL  60162 | UPS<br>LOCK BOX 577<br>CAROL STREAM, IL  60132-0577 |
| NATIONAL LIFT TRUCK INC.<br>Dept 20-3016<br>P.O. BOX 5977<br>CAROL STREAM, IL  60197-5977 | SERVICE MECHANICAL INDUSTRIES INC<br>50 E. COMMERCE DR<br>STE 100<br>SCHAUMBURG, IL  60173-5309 | UPS SUPPLY CHAIN SOLUTIONS INC<br>28013 NETWORK PLACE<br>CHICAGO, IL  60673-1280 |
| OENOPHILIA<br>P.O. BOX 1070<br>CHARLOTTE, NC  28201-1070 | SPIEGELAU<br>P.O. BOX 27545<br>NEW YORK, NY  10087-2754 | Urban Oven<br>910 S Hohokam Drive Ste 101<br>Tempe, AZ  85281 |

**WASTE MANAGEMENT**
**P.O. BOX 4648**
**CAROL STREAM, IL  60197-4648**


**WEINBAUER DISTRIBUTING - BEER**
**10600 SEYMOUR**
**FRANKLIN PARK, IL  60131**