# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:        §    Case No. 09-40607

                 §

Sam's Wines & Spirits of Downer Grove,    §
LLC                              §

                                §

                                §

             Debtor

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/28/2009.  The undersigned trustee was appointed on 12/08/2009.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $9,858.99

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $505.81 |
| Bank service fees | $151.77 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $9,201.41 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was <u>04/14/2011</u> and the deadline for filing government claims was <u>04/14/2011</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,735.90</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,735.90</u>, for a total compensation of <u>$1,735.90</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>12/12/2015</u>            By:    <u>/s/ Horace Fox, Jr.</u>
                                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1       Exhibit A

| Case No.: | 09-40607 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | Date Filed (f) or Converted (c): | 10/28/2009 (f) |
| For the Period Ending: | 12/12/2015 | §341(a) Meeting Date: | 01/20/2010 |
| | | Claims Bar Date: | 04/14/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Payables Account (MB Financial Bank, Account number 1600003451) | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Payroll Account (MB Financial Bank, Account number 1600003443) | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Primary Account (MB Financial Bank, Account number 1600003427) | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Store Payables Account (MB Financial Bank, Account number 1600003435) | $0.00 | $0.00 | | $0.00 | FA |
| 5 | small, old accounts receivables, for which contact information for collection was not available | $4,630.14 | $4,630.14 | | $0.00 | FA |
| Asset Notes: | Small receivables | | | | | |
| 6 | ADT a/r                                                                                          (u) | $0.00 | $1,306.00 | | $1,306.00 | FA |
| 7 | Asset Preference Recovery, Janiking                                             (u) | $0.00 | $1,052.00 | | $1,052.00 | FA |
| Asset Notes: | one remaining adv, Sabaca. This asset fully administered. | | | | | |
| 8 | Sabaca adversary                                                                            (u) | $0.00 | $74,820.00 | | $7,500.00 | FA |
| Asset Notes: | Sabaca adversary, settled, awaiting funds.  Last of 7500.00 received 10.5.15 | | | | | |
| INT | Interest Earned                                                                              (u) | Unknown | Unknown | | $0.99 | FA |

| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | | $4,630.14 | $81,808.14 | | $9,858.99 | $0.00 |

**Major Activities affecting case closing:**

For tax purposes, this case was treated as a subsidiary of the Sam's, 09-40598 case there by avoiding an accountant's fee for preparation of taxes in this case.  11.5.15

No taxes due (Lois West).

Accountant hired, no claim objections necessary.

Hire Lois West, accountant.

Agreed with counsel on which objections to make on claims.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:     2          Exhibit A

| Case No.: | 09-40607 |
|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC |
| For the Period Ending: | 12/12/2015 |

| Trustee Name: | Horace Fox, Jr. |
|---|---|
| Date Filed (f) or Converted (c): | 10/28/2009 (f) |
| §341(a) Meeting Date: | 01/20/2010 |
| Claims Bar Date: | 04/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

3.10.15 Sabaca compromise approved  3.10.15.

This case is administratively insolvent and needs  claim objections filed.

Awaiting payment on Sabaca adversaries both cases (09-40598).

Last 2 adversaries, Sabaca (one in each 40598 and  40607) have been settled. Get them approved and review claims.

E-mailed Mr. Hackney as to the status of each Sabaca adversary.

After reviewing the Sabaca financials and speaking to Mr. Scalambrino, I instructed Mr. Hackney to make one final counter at 7500 for each of the 2 Sabaca adversaries (one in each case).
10.31.2014

Advised Mr. Hackney to reject the offer to settle both Sabaca adversaries one in 09-40598

for 10,000.  Authorized him to counter with an offer of 40,000.00 in each adversary after reviewing ordinary course and new value defense materials. 9.29.14

Add claims 9-24.

No secured claims filed.  Case is administratively insolvent. and therefore no need to object improperly categorized unsecured claim as a priority claim. There is one adversary pending,

Sabaca. 9.11.14

On Sabaca adversary remains.  Its attorney has claimed a complete defense, which we dispute.  He has been asked to file an answer or submit settlement offer. 7.21.14

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No.: | 09-40607 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | Date Filed (f) or Converted (c): | 10/28/2009 (f) |
| For the Period Ending: | 12/12/2015 | §341(a) Meeting Date: | 01/20/2010 |
| | | Claims Bar Date: | 04/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Adversaries (preferences) to be filed by 10.24.11.

10.24.11 two adversaries filed, first status 11.30.11

JaniKing and Sabaca adversaries filed, not yet settled.2/11.12

Requested status these 2, Sabaca and Janiking adversaries of Mr. Hackney 3.11.12

5.14.12 case re-assigned to Judge Barnes

Requested status report on only remaining adversary Sabaca. 02.21.14

Next status 8.15.12

2 adversaries filed in this case.  10.15.12

Jani-King adversary settled, motion to approve filed.  Sabaca Beverage adversary, settlment negotiations are ongoing. 3.3.13.

Order entered compromising Jani-King adversary.  Get status of Sabaca adversary. 5.11.13

Record show no receipt of 5628.00 to settle Jani-King, check with Bill and Craig Goode. 7.29.13

Order shows Jani-King settled for $1052  also have another check from Jani-King in amount of $1995, check other fase 09-40598, which is where it belongs.  8.28.13

Last adversary outstanding is Sabaca(large dollar amount. Status report adversaries both cases is delivered. 9.12.13

October status showed Sabaca, the last remaining adversary is not yet settled. 10.22.13

Requested status on remaining adversary, Sabaca,
not yet settled.
12.20.13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    4        Exhibit A

| Case No.: | 09-40607 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | Date Filed (f) or Converted (c): | 10/28/2009 (f) |
| For the Period Ending: | 12/12/2015 | | §341(a) Meeting Date: | 01/20/2010 |
| | | | Claims Bar Date: | 04/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Requested status on Sabaca adversary.   Bill Hackney will provide as Craig Goode no longer with firm 3.4.2014  Status in court 4.2.14

Only remaining adversary, Sabaca, claims complete defense.  We have advised them to file answer or submit settlement proposal by the 8.19.14 court status.   6.24.14
Look at preferences. 6.25.10

Look at tax loss carry back  issues.  10.03.10

Got bank  statements must conduct preference analysis in all 4 Sam's cases.  01.05.2011

Initial preference analysis justifies keeping all 4 cases open. 1.26.2011

**Initial Projected Date Of Final Report (TFR):**    12/31/2010          **Current Projected Date Of Final Report (TFR):**    10/15/2015          /s/ HORACE FOX, JR.

HORACE FOX, JR.

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No. | 09-40607 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5319 | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $1,305.82 | | $1,305.82 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.47 | $1,305.35 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.10 | $1,303.25 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.17 | $1,301.08 |
| 10/21/2011 | 5001 | Clerk of the Bankruptcy court | Filing fees for preferences 2 | 2700-000 | | $500.00 | $801.08 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.80 | $799.28 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.24 | $798.04 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.28 | $796.76 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.28 | $795.48 |
| 02/06/2012 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.77 | $794.71 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.20 | $793.51 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.32 | $792.19 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.19 | $791.00 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.27 | $789.73 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.27 | $788.46 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.23 | $787.23 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.39 | $785.84 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.10 | $784.74 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.26 | $783.48 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.30 | $782.18 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.18 | $781.00 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.26 | $779.74 |
| 02/05/2013 | 5003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.93 | $778.81 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.13 | $777.68 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.25 | $776.43 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.21 | $775.22 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.33 | $773.89 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.12 | $772.77 |
| | | | **SUBTOTALS** | | $1,305.82 | $533.05 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-40607 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5319 | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.24 | $771.53 |
| 08/29/2013 | (7) | Janiking Opportunity Franchising, Inc. | Adversary Settlement #1102245 | 1241-000 | $1,052.00 | | $1,823.53 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.54 | $1,821.99 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.65 | $1,819.34 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.93 | $1,816.41 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.93 | $1,813.48 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $1,810.65 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.11 | $1,807.54 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.63 | $1,804.91 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.72 | $1,802.19 |
| 04/01/2014 | 5004 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $1.53 | $1,800.66 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.81 | $1,797.85 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.99 | $1,794.86 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.70 | $1,792.16 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.89 | $1,789.27 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.98 | $1,786.29 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.69 | $1,783.60 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.06 | $1,780.54 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.59 | $1,777.95 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.86 | $1,775.09 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.95 | $1,772.14 |
| 02/26/2015 | 5005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $1.41 | $1,770.73 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.58 | $1,768.15 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.76 | $1,765.39 |
| 04/14/2015 | (8) | Sabaca Beverage Group, Inc. | Settlement agreement- $1,250.00 shall be paid on or before the thirtieth day of each subsequent month for the next 5 months, or until Sabaca has paid the Trustee a total of $7500.00. | 1241-000 | $1,250.00 | | $3,015.39 |
| | | | **SUBTOTALS** | | $2,302.00 | $59.38 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-40607 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5319 | | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 10/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.79 | $3,011.60 |
| 05/05/2015 | (8) | Smith Amundsen LLC | Settlement agreement- $1,250.00 shall be paid on or before the thirtieth day of each subsequent month for the next 5 months, or until Sabaca has paid the Trustee a total of $7500.00. | 1241-000 | $2,500.00 | | $5,511.60 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.24 | $5,503.36 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.59 | $5,494.77 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.43 | $5,485.34 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.28 | $5,477.06 |
| 09/14/2015 | (8) | William S.  Hackney | 2500.00 for Sabaca adversary from attorney for trustee, Mr. Hackney toward 7500 compromise | 1241-000 | $2,500.00 | | $7,977.06 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.63 | $7,966.43 |
| 10/05/2015 | (8) | William S.  Hackney, Smith Amundsen/Sabaca | final 1250 installment od 7500.00 Sabaca compromise | 1241-000 | $1,250.00 | | $9,216.43 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.02 | $9,201.41 |

|  |  |  |  | **SUBTOTALS** | $6,250.00 | $63.98 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-40607 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5319 | | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 10/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $9,857.82 | $656.41 | $9,201.41 |
| | | | Less: Bank transfers/CDs | | $1,305.82 | $0.00 | |
| | | | Subtotal | | $8,552.00 | $656.41 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,552.00 | $656.41 | |

| For the period of 10/28/2009 to 12/12/2015 | | For the entire history of the account between 07/25/2011 to 12/12/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,552.00 | Total Compensable Receipts: | $8,552.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,552.00 | Total Comp/Non Comp Receipts: | $8,552.00 |
| Total Internal/Transfer Receipts: | $1,305.82 | Total Internal/Transfer Receipts: | $1,305.82 |
| | | | |
| Total Compensable Disbursements: | $656.41 | Total Compensable Disbursements: | $656.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $656.41 | Total Comp/Non Comp Disbursements: | $656.41 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-40607 | |
| **Case Name:** | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | |
| **Primary Taxpayer ID #:** | **-***5319 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/28/2009 | |
| **For Period Ending:** | 12/12/2015 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | STERLING BANK |
| **Checking Acct #:** | ******0607 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 03/02/2011 | | Transfer From # ******0607 | Transfer For Bond Payment | 9999-000 | $1.17 | | $1.17 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $1.17 | $0.00 |
| | | | **TOTALS:** | | $1.17 | $1.17 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1.17 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1.17 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1.17 | |

| **For the period of 10/28/2009 to 12/12/2015** | | **For the entire history of the account between 02/17/2011 to 12/12/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1.17 | Total Internal/Transfer Receipts: | $1.17 |
| | | | |
| Total Compensable Disbursements: | $1.17 | Total Compensable Disbursements: | $1.17 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1.17 | Total Comp/Non Comp Disbursements: | $1.17 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 09-40607 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***5319 | | | Money Market Acct #: | ******0607 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2010 | (6) | ADT Security Services, Inc. | Refund of a over payment from ADT | 1221-000 | $1,306.00 | | $1,306.00 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.01 | | $1,306.01 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.05 | | $1,306.06 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.06 | | $1,306.12 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.05 | | $1,306.17 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.06 | | $1,306.23 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.05 | | $1,306.28 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.06 | | $1,306.34 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.06 | | $1,306.40 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.05 | | $1,306.45 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.06 | | $1,306.51 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.05 | | $1,306.56 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.06 | | $1,306.62 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.06 | | $1,306.68 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.05 | | $1,306.73 |
| 03/02/2011 | | Transfer To  # ******0607 | Transfer For Bond Payment | 9999-000 | | $1.17 | $1,305.56 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.06 | | $1,305.62 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.05 | | $1,305.67 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.06 | | $1,305.73 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.05 | | $1,305.78 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.04 | | $1,305.82 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $1,305.82 | $0.00 |

|  |  |  |  | **SUBTOTALS** | $1,306.99 | $1,306.99 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-40607 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***5319 | | Money Market Acct #: | ******0607 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,306.99 | $1,306.99 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $1,306.99 | |
| | | | **Subtotal** | | $1,306.99 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,306.99 | $0.00 | |

| For the period of 10/28/2009 to 12/12/2015 | | For the entire history of the account between 01/22/2010 to 12/12/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,306.99 | Total Compensable Receipts: | $1,306.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,306.99 | Total Comp/Non Comp Receipts: | $1,306.99 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,306.99 | Total Internal/Transfer Disbursements: | $1,306.99 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8          Exhibit B

| Case No. | 09-40607 | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***5319 | | | | Money Market Acct #: | ******0607 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | |
| For Period Beginning: | 10/28/2009 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2015 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | $9,858.99 | $657.58 | $9,201.41 |

| For the period of 10/28/2009 to 12/12/2015 | | For the entire history of the case between 10/28/2009 to 12/12/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,858.99 | Total Compensable Receipts: | $9,858.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,858.99 | Total Comp/Non Comp Receipts: | $9,858.99 |
| Total Internal/Transfer Receipts: | $1,306.99 | Total Internal/Transfer Receipts: | $1,306.99 |
| | | | |
| Total Compensable Disbursements: | $657.58 | Total Compensable Disbursements: | $657.58 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $657.58 | Total Comp/Non Comp Disbursements: | $657.58 |
| Total Internal/Transfer Disbursements: | $1,306.99 | Total Internal/Transfer Disbursements: | $1,306.99 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT    Page No: 1    Exhibit C

| Case No. | 09-40607 | | | | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | | | | | Date: | 12/12/2015 |
| Claims Bar Date: | 04/14/2011 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 09/16/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,735.90 | $1,735.90 | $0.00 | $0.00 | $0.00 | $1,735.90 |
| **Claim Notes:** | For tax purposes, this case was treated as a subsidiary of the returns prepared in the 09-40598 case thereby avoiding cost for return preparation in this case.  11.5.15 | | | | | | | | | | | |
| | CLERK OF BANKRUPTCY COURT<br>219 So Dearborn<br># 713<br>Chicago IL 60604 | 12/08/2014 | Clerk of the Courts Costs | Allowed | 2700-000 | $0.00 | $500.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 |
| | SMITH AMUNDSEN, BILL HACKNEY<br><br>150 N. Michigan<br>#3300<br>Chicago IL 60601 | 11/05/2015 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $2.72 | $2.72 | $0.00 | $0.00 | $0.00 | $2.72 |
| | WILLIAM HACKNEY, SMITH AMUNDSEN<br>150 N. Michigan<br>Avue., #3300<br>Chicago IL 60601 | 02/28/2015 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $12,362.50 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| **Claim Notes:** | fees voluntarly reduced by attorney. | | | | | | | | | | | |
| 13 | GERALD JOHNNESON<br>820 West Copeland Drive<br>Marco Island FL 34145 | 01/28/2011 | Deposits - 507(a)(6) | Allowed | 5600-000 | $0.00 | $420.00 | $420.00 | $0.00 | $0.00 | $0.00 | $420.00 |
| **Claim Notes:** | possible former employee, no objection filed. | | | | | | | | | | | |
| 8a | JON BURDICK<br><br>4030 E Mercer Way,<br>Mercer Island WA 98040 | 01/25/2010 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $2,425.00 | $2,425.00 | $0.00 | $0.00 | $0.00 | $2,425.00 |
| **Claim Notes:** | Claim by individual, not a government claim. Former employee.  There is out of district authority for the proposition that 507 a 7 is applied to goods, property and services. | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

| Case No.: | 09-40607 | | | | | | Trustee Name: | Horace Fox, Jr. | | | |
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | | | | Date: | 12/12/2015 | | | |
| Claims Bar Date: | 04/14/2011 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CIT TECHNOLOGY FINANCING SERVICES INC., 10201 CENTURION PKWY N. #100 JACKSONVILLE FL 32256 | 11/27/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,633.06 | $2,633.06 | $0.00 | $0.00 | $0.00 | $2,633.06 |
| 2 | CIT TECHNOLOGY FINANCING SERVICES, INC 10201 CENTURION PKWY N. 100 JACKSONVILLE FL 32256 | 11/27/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $23,177.82 | $23,177.82 | $0.00 | $0.00 | $0.00 | $23,177.82 |
| 3 | CIT TECHNOLOGY FINANCING SERVICES, INC. C/O WELTMAN, WEINBERG & REIS, CO., LPA 175 S. THIRD ST., SUITE 900 COLUMBUS OH 43215 | 11/27/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,616.20 | $13,616.20 | $0.00 | $0.00 | $0.00 | $13,616.20 |
| 4 | CIT TECHNOLOGY FINANCING SERVICES, INC. C/O WELTMAN, WEINBERG & REIS, CO., LPA 175 S. THIRD ST., SUITE 900 COLUMBUS OH 43215 | 11/27/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $35,452.89 | $35,452.89 | $0.00 | $0.00 | $0.00 | $35,452.89 |
| 5 | CIT TECHNOLOGY FINANCING SERVICES, INC. C/O WELTMAN, WEINBERG & REIS, CO., LPA 175 S. THIRD ST., SUITE 900 COLUMBUS OH 43215 | 11/27/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $26,933.28 | $26,933.28 | $0.00 | $0.00 | $0.00 | $26,933.28 |

CLAIM ANALYSIS REPORT

Page No: 3

Exhibit C

| Case No. | 09-40607 | | | | | | | Trustee Name: | Horace Fox, Jr. | | |
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | | | | | Date: | 12/12/2015 | | |
| Claims Bar Date: | 04/14/2011 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | MOBILE MINI, INC.<br><br>7420 S Kyrene Rd Ste. 101<br>Tempe AZ 85283 | 12/01/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $610.26 | $610.26 | $0.00 | $0.00 | $0.00 | $610.26 |
| 7 | UNITED PARCEL SERVICES<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 4396<br>Maryla  21094 | 12/22/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,473.06 | $20,473.06 | $0.00 | $0.00 | $0.00 | $20,473.06 |
| 8 | JON BURDICK<br><br>4030 E Mercer Way,<br>Mercer Island WA 98040 | 01/25/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,751.88 | $7,751.88 | $0.00 | $0.00 | $0.00 | $7,751.88 |
| 9 | ALAN SHORTHALL<br><br>2650 West Belden<br>Apt. 212<br>Chicago IL 60647 | 01/24/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $519.93 | $519.93 | $0.00 | $0.00 | $0.00 | $519.93 |
| 10 | METROKANE DISTRIBUTION, LLC<br>797 Avenue E<br>Bayonne NJ 07002 | 01/24/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $446.60 | $446.60 | $0.00 | $0.00 | $0.00 | $446.60 |
| 11 | BETSY SPROUL<br><br>1832 North Dayton<br>Chicago IL 60614 | 01/25/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $86.38 | $86.38 | $0.00 | $0.00 | $0.00 | $86.38 |
| 12 | C.E. ZUERCHER & CO INC<br>7415 N. ST. LOUIS<br>SKOKIE IL 60076-4031 | 01/27/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,761.86 | $4,761.86 | $0.00 | $0.00 | $0.00 | $4,761.86 |
| 14 | ERIC HAYES<br><br>1120 Lakeshore Drive<br>Chicago IL 60611 | 01/28/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $211.00 | $211.00 | $0.00 | $0.00 | $0.00 | $211.00 |

Case 09-40607 Doc 73 Filed 12/21/15 Entered 12/21/15 19:48:34 Desc Main Page No: 4 Exhibit C

CLAIM ANALYSIS REPORT

| Case No. | 09-40607 | | | | | Trustee Name: | | Horace Fox, Jr. | | | |
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | | | Date: | | 12/12/2015 | | | |
| Claims Bar Date: | 04/14/2011 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | JILLSON ROBERTS<br><br>3300 West Castor Street<br>Santa Ana CA 92704-3908 | 01/28/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $703.80 | $703.80 | $0.00 | $0.00 | $0.00 | $703.80 |
| 16 | ERIC HAYES<br><br>1120 Lakeshore Drive<br>Chicago IL 60611 | 01/28/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $211.00 | $211.00 | $0.00 | $0.00 | $0.00 | $211.00 |
| 17 | JAMES FLEMING<br><br>25 52nd Street<br>Des Moines IA 50312 | 01/31/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,230.00 | $1,230.00 | $0.00 | $0.00 | $0.00 | $1,230.00 |
| 18 | EUROPEAN IMPORTS<br><br>2475 N Elston Ave<br>CHICAGO IL 60647-2033 | 01/31/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,485.36 | $5,485.36 | $0.00 | $0.00 | $0.00 | $5,485.36 |
| 19 | STEPHEN STRONG<br><br>1154 Prairie Trail<br>Grayslake IL 60030 | 02/09/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $295.00 | $295.00 | $0.00 | $0.00 | $0.00 | $295.00 |
| 20 | COLLINS BROTHERS<br><br>2113 GREENLEAF<br>EVANSTON IL 60202 | 02/14/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,904.16 | $2,904.16 | $0.00 | $0.00 | $0.00 | $2,904.16 |
| 21 | GIL'S GOURMET GALLERY<br>577 ORTIZ AVE<br>SAND CITY CA 93955-3522 | 02/24/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,224.27 | $2,224.27 | $0.00 | $0.00 | $0.00 | $2,224.27 |
| 22 | LINE SALES, LLC<br><br>PO BOX 781<br>TIJERAS NM 87059 | 04/04/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $828.48 | $828.48 | $0.00 | $0.00 | $0.00 | $828.48 |
| 23 | WASTE MANAGEMENT<br><br>2625 W. Grandview Rd. Ste. 150<br>Phoenix AZ 85023 | 04/11/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,527.23 | $1,527.23 | $0.00 | $0.00 | $0.00 | $1,527.23 |

Page No: 5

Exhibit C

CLAIM ANALYSIS REPORT

| Case No.: | 09-40607 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | Date: | 12/12/2015 |
| Claims Bar Date: | 04/14/2011 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | MIKHAIL RASOL<br><br>555 North Avenue<br>Apt. 11H<br>Fort Lee NJ 07024 | 04/11/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,319.00 | $1,319.00 | $0.00 | $0.00 | $0.00 | $1,319.00 |
| | | | | | | **$170,848.64** | **$163,486.14** | **$500.00** | **$0.00** | **$0.00** | **$162,986.14** |

CLAIM ANALYSIS REPORT    Page No: 6    Exhibit C

| | |
|---|---|
| **Case No.** | 09-40607 |
| **Case Name:** | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC |
| **Claims Bar Date:** | 04/14/2011 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date:** | 12/12/2015 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $2.72 | $2.72 | $0.00 | $0.00 | $0.00 | $2.72 |
| Attorney for Trustee Fees (Other Firm) | $12,362.50 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Claims of Governmental Units - 507( | $2,425.00 | $2,425.00 | $0.00 | $0.00 | $0.00 | $2,425.00 |
| Clerk of the Courts Costs | $500.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 |
| Deposits - 507(a)(6) | $420.00 | $420.00 | $0.00 | $0.00 | $0.00 | $420.00 |
| General Unsecured 726(a)(2) | $153,402.52 | $153,402.52 | $0.00 | $0.00 | $0.00 | $153,402.52 |
| Trustee Compensation | $1,735.90 | $1,735.90 | $0.00 | $0.00 | $0.00 | $1,735.90 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      09-40607
Case Name:     Sam's Wines & Spirits of Downer Grove, LLC
Trustee Name:  Horace Fox, Jr.

Balance on hand:  _____  $9,201.41

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  _____  $0.00
Remaining balance:  _____  $9,201.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $1,735.90 | $0.00 | $1,735.90 |
| William Hackney, Smith Amundsen, Attorney for Trustee Fees | $5,000.00 | $0.00 | $5,000.00 |
| Smith Amundsen, Bill Hackney, Attorney for Trustee Expenses | $2.72 | $0.00 | $2.72 |
| Clerk of the Bankruptcy court, Clerk of the Court Costs | $500.00 | $500.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:  _____  $6,738.62
Remaining balance:  _____  $2,462.79

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  _____  $0.00
Remaining balance:  _____  $2,462.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,845.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011)

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8a | Jon Burdick | $2,425.00 | $0.00 | $2,042.79 |
| 13 | Gerald Johnneson | $420.00 | $0.00 | $420.00 |

Total to be paid to priority claims:    $2,462.79
Remaining balance:    $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $153,402.52 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | CIT TECHNOLOGY FINANCING SERVICES INC., | $2,633.06 | $0.00 | $0.00 |
| 2 | CIT TECHNOLOGY FINANCING SERVICES, INC | $23,177.82 | $0.00 | $0.00 |
| 3 | CIT TECHNOLOGY FINANCING SERVICES, INC. | $13,616.20 | $0.00 | $0.00 |
| 4 | CIT TECHNOLOGY FINANCING SERVICES, INC. | $35,452.89 | $0.00 | $0.00 |
| 5 | CIT TECHNOLOGY FINANCING SERVICES, INC. | $26,933.28 | $0.00 | $0.00 |
| 6 | Mobile Mini, Inc. | $610.26 | $0.00 | $0.00 |
| 7 | United Parcel Services | $20,473.06 | $0.00 | $0.00 |
| 8 | Jon Burdick | $7,751.88 | $0.00 | $0.00 |
| 9 | Alan Shorthall | $519.93 | $0.00 | $0.00 |
| 10 | Metrokane Distribution, LLC | $446.60 | $0.00 | $0.00 |
| 11 | Betsy Sproul | $86.38 | $0.00 | $0.00 |
| 12 | C.E. ZUERCHER & CO INC | $4,761.86 | $0.00 | $0.00 |
| 14 | Eric Hayes | $211.00 | $0.00 | $0.00 |
| 15 | Jillson Roberts | $703.80 | $0.00 | $0.00 |
| 16 | Eric Hayes | $211.00 | $0.00 | $0.00 |
| 17 | James Fleming | $1,230.00 | $0.00 | $0.00 |

| 18 | EUROPEAN IMPORTS | $5,485.36 | $0.00 | $0.00 |
| 19 | Stephen Strong | $295.00 | $0.00 | $0.00 |
| 20 | COLLINS BROTHERS | $2,904.16 | $0.00 | $0.00 |
| 21 | GIL'S GOURMET GALLERY | $2,224.27 | $0.00 | $0.00 |
| 22 | Line Sales, LLC | $828.48 | $0.00 | $0.00 |
| 23 | Waste Management | $1,527.23 | $0.00 | $0.00 |
| 24 | Mikhail Rasol | $1,319.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

Remaining balance: $0.00