**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-40607 |
| | § | |
| Sam's Wines & Spirits of Downer Grove, LLC | § § § § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 A.M. on 02/16/2016, in Courtroom 744, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/09/2016  By: /s/ Horace Fox, Jr.
  Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 09-40607
§
Sam's Wines & Spirits of Downer Grove, §
LLC §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $9,858.99 |
| *and approved disbursements of* | $657.58 |
| *leaving a balance on hand of*[1] *:* | $9,201.41 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $9,201.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $1,735.90 | $0.00 | $1,735.90 |
| William Hackney, Smith Amundsen, Attorney for Trustee Fees | $5,000.00 | $0.00 | $5,000.00 |
| Smith Amundsen, Bill Hackney, Attorney for Trustee Expenses | $2.72 | $0.00 | $2.72 |
| Clerk of the Bankruptcy court, Clerk of the Court Costs | $500.00 | $500.00 | $0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $6,738.62 |
| Remaining balance: | $2,462.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,462.79 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,845.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8a | Jon Burdick | $2,425.00 | $0.00 | $2,042.79 |
| 13 | Gerald Johnneson | $420.00 | $0.00 | $420.00 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $2,462.79 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $153,402.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | CIT TECHNOLOGY FINANCING SERVICES INC., | $2,633.06 | $0.00 | $0.00 |
| 2 | CIT TECHNOLOGY FINANCING SERVICES, INC | $23,177.82 | $0.00 | $0.00 |
| 3 | CIT TECHNOLOGY FINANCING SERVICES, INC. | $13,616.20 | $0.00 | $0.00 |
| 4 | CIT TECHNOLOGY FINANCING SERVICES, INC. | $35,452.89 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 5 | CIT TECHNOLOGY FINANCING SERVICES, INC. | $26,933.28 | $0.00 | $0.00 |
| 6 | Mobile Mini, Inc. | $610.26 | $0.00 | $0.00 |
| 7 | United Parcel Services | $20,473.06 | $0.00 | $0.00 |
| 8 | Jon Burdick | $7,751.88 | $0.00 | $0.00 |
| 9 | Alan Shorthall | $519.93 | $0.00 | $0.00 |
| 10 | Metrokane Distribution, LLC | $446.60 | $0.00 | $0.00 |
| 11 | Betsy Sproul | $86.38 | $0.00 | $0.00 |
| 12 | C.E. ZUERCHER & CO INC | $4,761.86 | $0.00 | $0.00 |
| 14 | Eric Hayes | $211.00 | $0.00 | $0.00 |
| 15 | Jillson Roberts | $703.80 | $0.00 | $0.00 |
| 16 | Eric Hayes | $211.00 | $0.00 | $0.00 |
| 17 | James Fleming | $1,230.00 | $0.00 | $0.00 |
| 18 | EUROPEAN IMPORTS | $5,485.36 | $0.00 | $0.00 |
| 19 | Stephen Strong | $295.00 | $0.00 | $0.00 |
| 20 | COLLINS BROTHERS | $2,904.16 | $0.00 | $0.00 |
| 21 | GIL'S GOURMET GALLERY | $2,224.27 | $0.00 | $0.00 |
| 22 | Line Sales, LLC | $828.48 | $0.00 | $0.00 |
| 23 | Waste Management | $1,527.23 | $0.00 | $0.00 |
| 24 | Mikhail Rasol | $1,319.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Horace Fox, Jr.
              Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-40607-TAB
Sam's Wines & Spirits of Downers Gr                                     Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 4              Date Rcvd: Jan 11, 2016
                              Form ID: pdf006           Total Noticed: 169

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2016.

```
db            +Sam's Wines & Spirits of Downers Grove, LLC,   1720 North Marcey Street,
               Chicago, IL 60614-4819
aty           +William S. Hackney,    SmithAmundsen LLC,    150 North Michigan Ave,    Suite 3300,
               Chicago, IL 60601-6004
14717090       ADT SECURITY SERVICES,    POST OFFICE BOX 371967,    PITTSBURGH, PA 15250-7967
14648041       AMERICAN BOTTLING CO,    21431 NETWORK PL,    CHICAGO, IL 60673-1214
15053166      +Adam Luperini,    1135 Whirlaway Avenue,    Naperville, IL 60540-7752
14648040      +Affy Tapple, LLC,    PO Box 3090,    Milwaukee, WI 53201-3090
15053168      +Allan Magee,    1607 Lakeside Enclave Drive,    Houston, TX 77077-1688
15053169      +Amy Calenberg,    22W460 Balsam Drive,    Glen Ellyn, IL 60137-7356
15053170      +Andrew A. Kamm,    2215 Hiram Court,    Wheaton, IL 60189-8987
15053171      +Andrew Beebe,    235 West Eugenie Street,    Apt. T5,    Chicago, IL 60614-5704
15053173      +Andrew Drago,    200 East 5th Avenue,    Unit #264,    Naperville, IL 60563-3190
15053174      +Andrew Guziec,    1208 Hercules Lane,    Naperville, IL 60540-7910
14648042       Ascher's Chocolates,    PO Box 95000-1875,    Philadelphia, PA 19195-1875
14648043      +B.D.I.,    P.O. BOX 550,    LAGRANGE, IL 60525-0550
14648044      +BACHINGER FARMS,    P.O. BOX 254,    PROSPECT HEIGHTS, IL 60070-0254
14648045       BP,    CREDIT CARD CENTER,    P.O. BOX 9076,    DES MOINES, IA 50368-9076
15053177      +Basel Yanes,    1576 West Alex Bell Road,    Dayton, OH 45459-1244
15053178      +Betsy Sproul,    1832 North Dayton,    Chicago, IL 60614-5003
15053179      +Bill Rasmussen,    321 Prairie,    Harvard, IL 60033-8332
15053180      +Brandon Brooks,    3600 Julington Creek Road,    Jacksonville, FL 32223-3713
15053181      +Bruce Burger,    1021 Buckingham Drive,    Naperville, IL 60563-3306
14648046       C.E. ZUERCHER & CO INC,    7415 N. ST. LOUIS,    SKOKIE, IL 60076-4031
14648047      +CENTRAL DIST,    2601 S. 25TH AVE,    BROADVIEW, IL 60155-4535
14648048      +CINTAS #769,    1201 WEST ST CHARLES RD,    MAYWOOD, IL 60153-1320
14648050      +CME INC. SOIREE,    842 CLIFTON AVENUE,    CLIFTON, NJ 07013-1800
14648051       COCA COLA,    135 S. LASALLE ST. DEPT 2335,    CHICAGO, IL 60674-2335
14648052      +COLLINS BROTHERS,    2113 GREENLEAF,    EVANSTON, IL 60202-1096
14648054      +COZZINI BROS., INC.,    350 HOWARD AVENUE,    DES PLAINES, IL 60018-1908
15053182      +Carter J. Nichols,    7450 France Avenue S,    Edina, MN 55435-4787
15053184      +Chris Weber,    366 Cumnock Road,    Inverness, IL 60067-4335
15053185      +Christopher Seaton,    3903 Saratoga,    Downders Grove, IL 60515-1402
15053187      +Colby F. Jordan,    386 Montclair,    Glen Ellyn, IL 60137-5061
15053188      +Cynthia R. Brost,    6335 Banbury Road,    Downders Grove, IL 60516-2480
14648056       DEX,    PO BOX 660835,    DALLAS, TX 75266-0835
14648039      +DLA Piper LLP (US),    203 North LaSalle Street Suite 1900,    Chicago, IL 60601-1263
15053189      +Dane Hazen,    2442 15th Avenue,    Moline, IL 61265-3209
15053190      +David J. Rogers,    21W220 Canary Road,    Lombard, IL 60148-5246
15053191      +David Schlitt,    9171 Forest Estates Cove,    Germantown, TN 38139-7913
15053193      +David Wallen,    3737 Whitworth Way,    Columbus, OH 43228-7003
15053194      +Dawn Jacoby,    4635 Sterling Road,    Downers Grove, IL 60515-3038
15053195      +Deborah Taylor,    2503 Wallace Street,    Oakland, CA 94606-3343
15053196      +Denise L. Buresch,    1109 Saylor Street,    Downers Grove, IL 60516-2845
15053197      +Dennis Mullin,    1753 West School,    Unit #2,    Chicago, IL 60657-1036
15053198      +Diane M. Tonry,    4904 Puffer Road,    Downers Grove, IL 60515-3203
15053199      +Douglas Blunden,    1548 Pebble Creek Drive,    Rochester, MI 48307-1765
15053200      +Dr. Fred Shick,    754 North Milwaukee Avenue,    Unit #3,    Chicago, IL 60642-5939
15053201      +Duane Roe,    1050 Merriman Road,    Akron, OH 44303-1752
15053203     #+Eric Brown,    7127 Cambridge Avenue,    Saint Louis, MO 63130-2303
15053204      +Eric Hayes,    1120 Lakeshore Drive,    Chicago, IL 60611-1353
14648059       FEDERAL EXPRESS,    P.O. BOX 94515,    PALATINE, IL 60094-4515
14717091      +FOX DELUXE,    POST OFFICE BOX 491,    OSWEGO, IL 60543-0491
14648060       FRITO LAY,    P.O. BOX 643103,    PITTSBURGH, PA 15264-3103
14648061       GIL'S GOURMET GALLERY,    577 ORTIZ AVE,    SAND CITY, CA 93955-3522
15053205      +Gary Fazzio,    263 Winthrop,    Elmhurst, IL 60126-3316
15053206      +George C. Schneeman,    4720 Seeley,    Downers Grove, IL 60515-3412
15053207      +Gerald Johnneson,    820 West Copeland Drive,    Marco Island, FL 34145-6635
15053208      +Glenn Gee,    2933 Laurel Road,    Longview, WA 98632-4519
15053209      +Glenn Harkabus,    126 Augusta Drive,    Palos Heights, IL 60463-2905
15053210       Graham Ireland,    872 Green Bay Road,    Glencoe, IL 60022
15053211      +Greg Taunt,    2638 North Orchard Street,    Unit GF,    Chicago, IL 60614-1552
15053212      +Gregory Baker,    4613 Abnaki Trail,    Lima, OH 45805-4703
15053213      +Gregory Bartolone,    2105 Gallant Fox Circle,    Montgomery, IL 60538-3396
15053214      +Gregory Rothman,    542 West Deming,    Unit C,    Chicago, IL 60614-5913
14648062     #+H&B Ham Co.,    202 Plum St.,    Brighton, IL 62012-1242
14648063      +HEARTLAND PAYMENT SYSTEMS,    90 NASSAU STREET,    PRINCETON, NJ 08542-4529
15053215       Heather Turnbull,    One Skylark Road,    Toronto, ON  M6S 4M3
15053216      +Holt Goddard,    216 East 75th Street,    Unit 3E,    New York, NY 10021-2921
15053217       Horacio Campana,    2220 Bassett Avenue,    El Paso, TX 79901-2020
14648066      +ILLINOIS PAPER COMPANY,    6 TERRITORIAL CT.,    BOLINGBROOK, IL 60440-4662
14648067      +JANI-KING OF IL,    1701 E. WOODFIELD RD #1100,    SCHAUMBURG, IL 60173-5156
14648068      +JDY MEAT,    5135 N. CLAIRMONT #2,    CHICAGO, IL 60625-8445
15053219      +James Fleming,    25 52nd Street,    Des Moines, IA 50312-2102
```

```
District/off: 0752-1          User: cgreen               Page 2 of 4          Date Rcvd: Jan 11, 2016
                              Form ID: pdf006            Total Noticed: 169


15053220       +James M. Olsen, Jr.,    3456 North Bell,    Unit #1,    Chicago, IL 60618-6002
15053221       +James Morgan,    23935 Southeast 42nd Place,    Issaquah, WA 98029-6452
15053222       +Jeff L. Winkler,    800 Ogden Avenue,    Unit #4,    Downers Grove, IL 60515-2944
15053223       +Jeff Witse,    435 Hastings Avenue,    Missoula, MT 59801-5949
15053224       +Jeffrey Carr,    1N 357 Glenrise Court,    Glen Ellyn, IL 60137-3696
14648069        Jillson Roberts,    3300 West Castor Street,    Santa Ana, CA 92704-3908
15053225       +John R. Garrett,    3140 Davenport Street, N.W.,    Washington, DC 20008-2244
15004565       +Jon Burdick,    4030 E Mercer Way,,    Mercer Island, WA 98040-3822
15053226       +Jonathan Burdick,    4030 East Mercer Way,    Mercer Island, WA 98040-3822
15053229       +Jonna L. Gajda,    3S049 Arboretum Road,    Glen Ellyn, IL 60137-7323
15053230       +Jordan Schroeder,    4444 Washington Street,    Downers Grove, IL 60515-2835
15053231       +Joseph A. Pomeroy,    1954 West Winona Street,    Unit #3,    Chicago, IL 60640-2661
14648070       +KNOX & SCHNEIDER INC.,    P.O. BOX 34,    LAGRANGE, IL 60525-0034
15053232       +Ken Riskind,    6891 East Desert Wind Court,    Tucson, AZ 85750-0850
15053233       +Kenneth Falk,    955 Spring Grove Lane,    Columbus, OH 43235-3324
15053235       +Lakshman Krishnamurthi,    39 East Schiller,    Apt. 3W,    Chicago, IL 60610-2122
15053236       +Larry Bush,    749 Parkwood Avenue,    Park Ridge, IL 60068-2231
15053237       +Lawrence F. Prochaska,    410 Chicago Avenue,    Clarendon Hills, IL 60514-1138
14648071       +Line Sales, LLC,    PO BOX 781,    TIJERAS, NM 87059-0781
14648073       +MIDLAND CONTAINER DG,    3545 NICHOLSON ROAD,    PO BOX 266,    FRANKSVILLE, WI 53126-0266
14648074        MOBILE MINI INC,    P.O. BOX 740773,    CINCINNATI, OH 45274-0773
14648075        MUZAK LLC,    PO BOX 71070,    CHARLOTTE, NC 28272-1070
15053239       +Malcolm Davis,    11428 Prescott Lane,    Westchester, IL 60154-5828
15053240       +Mark Pattis,    600 Central Avenue,    Unit #205-210,    Highland Park, IL 60035-3211
15053241       +Matthew Kornbrot,    509 Menominee Lane,    Naperville, IL 60563-1321
15053242       +Matthew R. Bentley,    740 South 7th Avenue,    LaGrange, IL 60525-6706
14648072       +Metrokane Distribution, LLC,    797 Avenue E,    Bayonne, NJ 07002-4043
15053243       +Michael Piela,    68 Wellsboro Road,    Valley Stream, NY 11580-1836
15053244       +Michael Solberg,    1452 North Cleveland,    Chicago, IL 60610-1108
15053245       +Michael Wright,    335 East Pine Meadow Court,    Morris, IL 60450-9587
14798617      #+Mobile Mini, Inc.,    7420 S Kyrene Rd Ste. 101,    Tempe AZ 85283-4610
14648076        NATIONAL LIFT TRUCK INC.,    Dept 20-3016,    P.O. BOX 5977,    CAROL STREAM, IL 60197-5977
14648077        OENOPHILIA,    P.O. BOX 1070,    CHARLOTTE, NC 28201-1070
14648079       +POWER DISTRIBUTING LLC,    185 INDUSTRIAL DR,    ELMHURST, IL 60126-1601
14648080        PROVIDENT LIFE & ACCIDENT INS CO,    PO BOX 403748,    ATLANTA, GA 30384-3748
14648078       +Pacific Gold Marketing Inc.,    3451 Yeager Drive,    Madera, CA 93637-8728
15053247       +Pat La Plant,    1551 10th Place North,    Edmonds, WA 98020-2630
15053248       +Patrice G. Kadrmas,    215 West Indiana Street,    Wheaton, IL 60187-5205
15053249       +Peter D. Hirschel,    802 Maywood Court,    Libertyville, IL 60048-5210
15053250       +Peter Lo,    6116 Londonberrie Court,    Midland, CT 48640-6962
15053252       +Phillip S. Cisco,    1102 71st Street,    Darien, IL 60561-4030
15053253       +Price LeBlanc,    881 Veterans Memorial Boulevard,    Metairie, LA 70005
14648081       +RED HEN BREAD CORP,    250 N. WESTERN AVENUE,    CHICAGO, IL 60612-2224
14648082        RIVER VALLEY RANCH,    39900 60TH ST,    BURLINGTON, WI 53105-7811
15053254       +Randy Preisler,    1119 Chatsworth Street North,    Saint Paul, MN 55103-1005
15053255       +Robert Hohnsen,    148 Surrey Drive,    Glen Ellyn, IL 60137-6116
15053256       +Roger Harmuller,    1026 Elmdale Road,    Glenview, IL 60025-2500
15053257       +Ron Sipiora,    1238 Oak Street,    Winnetka, IL 60093-2133
15053258       +Roseanne Selvaggio-Fischer,    525 Dover Court,    Roselle, IL 60172-2607
14648084       +SAM'S WINES & LIQUORS INC.,    1720 NORTH MARCEY STREET,    CHICAGO, IL 60614-4819
14648087        SPIEGELAU,    P.O. BOX 27545,    NEW YORK, NY 10087-2754
14648088        STAPLES BUSINESS ADVANTAGE,    DEPT. DET,    P.O. BOX 83689,    CHICAGO, IL 60696-3689
14648089      #+STAWSKI DISTRIBUTION CO.,    2017 N. MENDELL,    CHICAGO, IL 60614-3033
14648091       +SWEET MARGY CONFECTION DIVA,    3141 N. RACINE,    CHICAGO, IL 60657-3316
14648038       +Sam's Wines & Spirits Of Downers Grove,    2010 Butterfield Road,    Downers Grove, IL 60515-1055
21719645       +Sam's Wines & Spirits of Downers Grove,    c/o James R. Irving,    DLA Piper LLP (US),
                 203 N. LaSalle St.; Suite 1900,    Chicago, IL 60601-1263
15053259       +Sarah E. Fisher,    24231 Leski Lane,    Plainfield, IL 60585-2788
15053260       +Sean Conroy,    385 Highland,    Elmhurst, IL 60126-2246
15053261       +Sean M. Carney,    40 West 14th Street,    Chicago, IL 60605-2714
15053262       +Shannon Smith,    727 Colville Road,    Charlotte, NC 28207-2309
15053263       +Sherry Glasscock,    2129 West Concord Lane,    Addison, IL 60101-5616
15053265       +Sherwin Love,    128 Rockland Drive,    West LaFayette, IN 47906-2414
15053266       +Stephanie L. Link,    401 South Cass Avenue,    Unit #2,    Westmont, IL 60559-2381
15053267       +Stephen Strong,    1154 Prairie Trail,    Grayslake, IL 60030-3540
15053268       +Steven Greenway,    12247 Eyer Drive,    Greenville, MI 48838-8340
15053269       +Steven Nordhoff,    2700 Newport Boulevard,    Suite 168,    Newport Beach, CA 92663-3735
14648092       +THAT PICKLE GUY,    6359 KNOLL WOOD CT,    LISLE, IL 60532-3228
14648093       +THE HOME CITY ICE CO.,    P. O. BOX 111116,    CINCINNATI, OH 45211-1116
15053270       +Thomas Colgan,    714 Glenbard Road,    Glen Ellyn, IL 60137-6363
15053271       +Thomas M. Fijolek,    4029 Liberty Boulevard,    Westmont, IL 60559-1331
15053272       +Tim Guimond,    2750 Broadway Avenue,    Evanston, IL 60201-1557
15053273       +Tina Segers,    954 Route 53,    Addison, IL 60101-6132
15053274       +Todd Steele,    1212 Judson Avenue,    Evanston, IL 60202-1317
15053275       +Travis J. Briggs,    Three Forest Hill Drive,    Apt. #2,    Glen Ellyn, IL 60137-7137
15053276       +Tyler Burton,    211 West Franklin Avenue,    Naperville, IL 60540-4462
14648094       +UNIFIRST CORP,    2045 NORTH 17TH AVE.,    MELROSE PARK, IL 60160-1347
14648095        UPS,    LOCK BOX 577,    CAROL STREAM, IL 60132-0577
14648096        UPS SUPPLY CHAIN SOLUTIONS INC,    28013 NETWORK PLACE,    CHICAGO, IL 60673-1280
```

```
District/off: 0752-1           User: cgreen                Page 3 of 4                   Date Rcvd: Jan 11, 2016
                               Form ID: pdf006             Total Noticed: 169


14884637       +United Parcel Services,    c/o RMS Bankruptcy Recovery Services,    PO Box 4396,
                 Timonium, Maryland 21094-4396
14648097       +Urban Oven,    910 S Hohokam Drive Ste 101,    Tempe, AZ 85281-5125
15053277       +Vikram Reddy,    113 Benson Terrace,    Chico, CA 95928-8427
15053278       +Vincent C. Lusco,    4611 Wolfspring Drive,    Louisville, KY 40241-1032
14648098        WASTE MANAGEMENT,    P.O. BOX 4648,    CAROL STREAM, IL 60197-4648
14648099       +WEINBAUER DISTRIBUTING - BEER,    10600 SEYMOUR,    FRANKLIN PARK, IL 60131-1227
15053279       +Wesley Grueninger,    36 Sterling Circle,    Apt. #103,    Wheaton, IL 60189-2107
15053280       +William Perez,    1320 North State Parkway,    Unit #14D,    Chicago, IL 60610-2455
15053281       +William Shelden,    115 Lothrop Road,    Gross Pointe, MI 48236-3620
15053282       +Zachary M. Biggus,    2184 Langford Lane,    Wheaton, IL 60189-8943
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15053167       +E-mail/Text: alan@alanshortall.com Jan 12 2016 01:55:34     Alan Shortall,    2650 West Belden,
                 Apt. 212,   Chicago, IL 60647-3087
14648049        E-mail/Text: citjaxbankruptcy@cit.com Jan 12 2016 01:55:36     CIT TECHNOLOGY FIN SERV INC,
                 21146 NETWORK PLACE,   CHICAGO, IL  60673-1211
14780706       +E-mail/Text: BKRMailOps@weltman.com Jan 12 2016 01:56:50
                 CIT TECHNOLOGY FINANCING SERVICES, INC.,     C/O WELTMAN, WEINBERG & REIS, CO., LPA,
                 175 S. THIRD ST., SUITE 900,    COLUMBUS, OHIO 43215-5166
14648053       +E-mail/Text: legalcollections@comed.com Jan 12 2016 01:58:09     COMED COMPANY,
                 ATTN.: REVENUE MANAGEMENT DEPT.,    2100 SWIFT DRIVE,    OAK BROOK, IL 60523-1559
14648057       +E-mail/Text: collector@dupageco.org Jan 12 2016 01:55:59     DUPAGE COUNTY COLLECTOR,
                 421 NORTH COUNTY FARM ROAD,    WHEATON, IL 60187-3992
14648064        E-mail/Text: rev.bankruptcy@illinois.gov Jan 12 2016 01:56:32
                 ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY SECTION, LEVEL 7-425,    100 WEST RANDOLPH STREET,
                 CHICAGO, IL  60601
14648065       +E-mail/Text: des.claimantbankruptcy@illinois.gov Jan 12 2016 01:58:19
                 ILLINOIS DEPT. OF EMPLOYMENT SECURITY,    BENEFIT PAYMENT CONTROL DIVISION,
                 POST OFFICE BOX 4385,    CHICAGO, IL 60680-4385
14648055        E-mail/Text: cio.bncmail@irs.gov Jan 12 2016 01:55:45     DEPARTMENT OF THE TREASURY - IRS,
                 CENTRALIZED INSOLVENCY OPERATIONS,    POST OFFICE BOX 21126,    PHILADELPHIA, PA  19114
17113071       +E-mail/Text: rmcbknotices@wm.com Jan 12 2016 01:58:27     Waste Management,
                 2625 W. Grandview Rd. Ste. 150,    Phoenix, AZ 85023-3109
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             SmithAmundsen LLC
15057071        Rudy Luciani
14717089*      +DLA Piper LLP (US),    203 North LaSalle Street Suite 1900,    Chicago, IL 60601-1263
15053165*       DLA Piper LLP (US),    203 North LaSalle Street Suite 1900,    Chicago, IL  60601-1293
14717088*      +Sam’s Wines & Spirits Of Downers Grove,    2010 Butterfield Road,    Downers Grove, IL 60515-1055
15053164*      +Sam’s Wines & Spirits Of Downers Grove,    2010 Butterfield Road,    Downers Grove, IL 60515-1055
15053172      ##+Andrew C. Lobert,    1798 Briggs Court,    Lisle, IL 60532-4558
15053175      ##+Andrew Starck,    261 Oakwood Court,    Wheaton, IL 60189-2411
15053176      ##+Anthony DeMonaco,    148 Rumson Road,    Rumson, NJ 07760-1029
15053183      ##+Chris Rauber,    1838 Tiogo Way,    San Jose, CA 95124-1762
15053186      ##+Christopher Thompson,    1128 WEst Wolfram Street,    Unit #1,    Chicago, IL 60657-4330
15053192      ##+David Turnbull,    1321 East Elm Street,    Wheaton, IL 60189-6745
15053202      ##+E. M. Pompizzi,    255 Sheridan Road,    Glencoe, IL 60022-1947
14648058       ##EUROPEAN IMPORTS,    2475 N Elston Ave,    CHICAGO, IL  60647-2033
15053218      ##+Jacqueline Frank-Garcia,    3442 Prairie Avenue,    Brookfield, IL 60513-1411
15053227      ##+Jonathan Christopher,    7721 Baker Court,    Darien, IL 60561-4500
15053228      ##+Jonathan Storino,    517 Warwick Drive,    Naperville, IL 60565-2602
15053234      ##+Kyle O. Burnside,    5409 Lane Place,    Downers Grove, IL 60515-4822
15053238      ##+Lindsey A. Amedeo,    3S070 Barkley Avenue,    Warrenville, IL 60555-1504
15053246      ##+Mikhail Rasol,    555 North Avenue,    Apt. 11H,    Fort Lee, NJ 07024-2413
15053251      ##+Philip Settimi,    2045 West Webster Avenue,    Chicago, IL 60647-3317
14648083      ##+RUNGE PAPER CO,    2201 ARTHUR AVE,    ELK GROVE VILLAGE, IL 60007-6010
14648085      ##+SECURE PRODUCTS CORPORATION,    P.O. BOX 914,    HILLSIDE, IL 60162-0914
14648086       ##SERVICE MECHANICAL INDUSTRIES INC,    50 E. COMMERCE DR,    STE 100,    SCHAUMBURG, IL  60173-5309
14648090      ##+STOLLER BEER,    3325 MT PROSPECT RD,    FRANKLIN PARK, IL 60131-1337
15053264      ##+Sherry Krajelis,    146 Tennyson Drive,    Wheaton, IL 60189-7479
                                                                                               TOTALS: 2, * 4, ## 20
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cgreen              Page 4 of 4               Date Rcvd: Jan 11, 2016
                              Form ID: pdf006           Total Noticed: 169
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2016 at the address(es) listed below:
              Andrew   Szot    on behalf of Defendant    Sabaca Beverage Group, Inc., an Illinois corporation
               aszot@pfs-law.com,   preed@pfs-law.com;nvizzini@pfs-law.com
              Ann M Houha     on behalf of Defendant    Opportunity Franchising, Inc., a Texas corporation, d/b/a
               Jani King of Illinois ann@beutlerlaw.com,   blcnotices@gmail.com;myecfbeutler@gmail.com
              Craig A Goode     on behalf of Plaintiff    Horace Fox, Jr., not individually but solely as trustee
               of the estate of Sam's Wines & Spirits of Downers Grove, LLC cgoode@salawus.com
              Craig A Goode     on behalf of Trustee Horace   Fox, JR cgoode@salawus.com
              Horace   Fox, JR    foxhorace@aol.com,   blehman@lehmanfox.com;hf@trustesolutions.net
              James R Irving     on behalf of Debtor 1    Sam's Wines & Spirits of Downers Grove, LLC
               jirving@bgdlegal.com,   smays@bgdlegal.com
              Louis D Bernstein     on behalf of Interested Party    Wabash/Roosevelt, LLC lbernstein@law-ldb.com
              Louis J Phillips     on behalf of Defendant    Sabaca Beverage Group, Inc., an Illinois corporation
               lphillips@pfs-law.com,   msiedlecki@pfs-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William S Hackney, III    on behalf of Plaintiff    Horace Fox, Jr., not individually but solely as
               trustee of the estate of Sam's Wines & Spirits of Downers Grove, LLC whackney@salawus.com,
               jadams@salawus.com,celliott@salawus.com,tsowles@salawus.com
              William S Hackney, III    on behalf of Trustee Horace   Fox, JR whackney@salawus.com,
               jadams@salawus.com,celliott@salawus.com,tsowles@salawus.com
                                                                                             TOTAL: 11
```