**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-40607 |
| | § | |
| Sam's Wines & Spirits of Downer Grove, LLC | § § § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,630.14 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $2,462.79 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $7,396.20 | | |

   3)   Total gross receipts of $9,858.99  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $9,858.99 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $14,758.70 | $7,396.20 | $7,396.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $2,845.00 | $2,845.00 | $2,462.79 |
| General Unsecured Claims (from **Exhibit 7**) | $82,709.11 | $153,402.52 | $153,402.52 | $0.00 |
| **Total Disbursements** | $82,709.11 | $171,006.22 | $163,643.72 | $9,858.99 |

4). This case was originally filed under chapter 7 on 10/28/2009. The case was pending for 78 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/14/2016            By:   /s/ Horace Fox, Jr.
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| ADT a/r | 1221-000 | $1,306.00 |
| Asset Preference Recovery, Janiking | 1241-000 | $1,052.00 |
| Sabaca adversary | 1241-000 | $7,500.00 |
| Interest Earned | 1270-000 | $0.99 |
| **TOTAL GROSS RECEIPTS** | | **$9,858.99** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,735.90 | $1,735.90 | $1,735.90 |
| Arthur B. Levine Company | 2300-000 | NA | $1.41 | $1.41 | $1.41 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $1.53 | $1.53 | $1.53 |
| International Sureties, Ltd. | 2300-000 | NA | $2.87 | $2.87 | $2.87 |
| Green Bank | 2600-000 | NA | $151.77 | $151.77 | $151.77 |
| Clerk of the Bankruptcy court | 2700-000 | NA | $500.00 | $500.00 | $500.00 |
| William Hackney, Smith Amundsen, Attorney for Trustee | 3210-000 | NA | $12,362.50 | $5,000.00 | $5,000.00 |
| William Hackney and Smith Amundsen LLC, Attorney for Trustee | 3220-000 | NA | $2.72 | $2.72 | $2.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $14,758.70 | $7,396.20 | $7,396.20 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8a | Jon Burdick | 5800-000 | $0.00 | $2,425.00 | $2,425.00 | $2,042.79 |
| 13 | Gerald Johnneson | 5600-000 | $0.00 | $420.00 | $420.00 | $420.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,845.00 | $2,845.00 | $2,462.79 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CIT TECHNOLOGY FINANCING SERVICES INC., | 7100-000 | $0.00 | $2,633.06 | $2,633.06 | $0.00 |
| 2 | CIT TECHNOLOGY FINANCING SERVICES, INC | 7100-000 | $0.00 | $23,177.82 | $23,177.82 | $0.00 |
| 3 | CIT TECHNOLOGY FINANCING SERVICES, INC. | 7100-000 | $19.50 | $13,616.20 | $13,616.20 | $0.00 |
| 4 | CIT TECHNOLOGY FINANCING SERVICES, INC. | 7100-000 | $0.00 | $35,452.89 | $35,452.89 | $0.00 |
| 5 | CIT TECHNOLOGY FINANCING SERVICES, INC. | 7100-000 | $0.00 | $26,933.28 | $26,933.28 | $0.00 |
| 6 | Mobile Mini, Inc. | 7100-000 | $120.00 | $610.26 | $610.26 | $0.00 |
| 7 | United Parcel Services | 7100-000 | $0.00 | $20,473.06 | $20,473.06 | $0.00 |
| 8 | Jon Burdick | 7100-000 | $0.00 | $7,751.88 | $7,751.88 | $0.00 |
| 9 | Alan Shorthall | 7100-000 | $0.00 | $519.93 | $519.93 | $0.00 |
| 10 | Metrokane Distribution, LLC | 7100-000 | $446.60 | $446.60 | $446.60 | $0.00 |
| 11 | Betsy Sproul | 7100-000 | $0.00 | $86.38 | $86.38 | $0.00 |
| 12 | C.E. ZUERCHER & CO INC | 7100-000 | $1,365.82 | $4,761.86 | $4,761.86 | $0.00 |
| 14 | Eric Hayes | 7100-000 | $0.00 | $211.00 | $211.00 | $0.00 |
| 15 | Jillson Roberts | 7100-000 | $48.00 | $703.80 | $703.80 | $0.00 |
| 16 | Eric Hayes | 7100-000 | $0.00 | $211.00 | $211.00 | $0.00 |
| 17 | James Fleming | 7100-000 | $0.00 | $1,230.00 | $1,230.00 | $0.00 |
| 18 | EUROPEAN IMPORTS | 7100-000 | $0.00 | $5,485.36 | $5,485.36 | $0.00 |
| 19 | Stephen Strong | 7100-000 | $0.00 | $295.00 | $295.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | COLLINS BROTHERS | 7100-000 | $0.00 | $2,904.16 | $2,904.16 | $0.00 |
| 21 | GIL'S GOURMET GALLERY | 7100-000 | $0.00 | $2,224.27 | $2,224.27 | $0.00 |
| 22 | Line Sales, LLC | 7100-000 | $0.00 | $828.48 | $828.48 | $0.00 |
| 23 | Waste Management | 7100-000 | $804.38 | $1,527.23 | $1,527.23 | $0.00 |
| 24 | Mikhail Rasol | 7100-000 | $0.00 | $1,319.00 | $1,319.00 | $0.00 |
| | ADT SECURITY SERVICES | 7100-000 | $653.00 | $0.00 | $0.00 | $0.00 |
| | Affy Tapple, LLC | 7100-000 | $216.80 | $0.00 | $0.00 | $0.00 |
| | AMERICAN BOTTLING CO | 7100-000 | $695.24 | $0.00 | $0.00 | $0.00 |
| | Ascher's Chocolates | 7100-000 | $596.37 | $0.00 | $0.00 | $0.00 |
| | B.D.I. | 7100-000 | $46.38 | $0.00 | $0.00 | $0.00 |
| | BACHINGER FARMS | 7100-000 | $738.33 | $0.00 | $0.00 | $0.00 |
| | CENTRAL DIST | 7100-000 | $322.60 | $0.00 | $0.00 | $0.00 |
| | CINTAS #769 | 7100-000 | $698.34 | $0.00 | $0.00 | $0.00 |
| | CME INC. SOIREE | 7100-000 | $335.53 | $0.00 | $0.00 | $0.00 |
| | COCA COLA | 7100-000 | $1,051.77 | $0.00 | $0.00 | $0.00 |
| | COLLINS BROTHERS | 7100-000 | $720.25 | $0.00 | $0.00 | $0.00 |
| | COMED COMPANY | 7100-000 | $1,310.25 | $0.00 | $0.00 | $0.00 |
| | COZZINI BROS., INC. | 7100-000 | $1,092.00 | $0.00 | $0.00 | $0.00 |
| | DEX | 7100-000 | $307.89 | $0.00 | $0.00 | $0.00 |
| | EUROPEAN IMPORTS | 7100-000 | $5,485.36 | $0.00 | $0.00 | $0.00 |
| | FEDERAL EXPRESS | 7100-000 | $1,354.19 | $0.00 | $0.00 | $0.00 |
| | FOX DELUXE | 7100-000 | $101.00 | $0.00 | $0.00 | $0.00 |
| | FRITO LAY | 7100-000 | $299.87 | $0.00 | $0.00 | $0.00 |
| | GIL'S GOURMET GALLERY | 7100-000 | $985.13 | $0.00 | $0.00 | $0.00 |
| | H&B Ham Co. | 7100-000 | $50.94 | $0.00 | $0.00 | $0.00 |
| | ILLINOIS PAPER COMPANY | 7100-000 | $11.03 | $0.00 | $0.00 | $0.00 |
| | JANI-KING OF IL | 7100-000 | $3,001.60 | $0.00 | $0.00 | $0.00 |
| | JDY MEAT | 7100-000 | $2,176.38 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| KNOX & SCHNEIDER INC. | 7100-000 | $1,049.89 | $0.00 | $0.00 | $0.00 |
| Line Sales, LLC | 7100-000 | $853.14 | $0.00 | $0.00 | $0.00 |
| MIDLAND CONTAINER DG | 7100-000 | $28,579.31 | $0.00 | $0.00 | $0.00 |
| MUZAK LLC | 7100-000 | $202.70 | $0.00 | $0.00 | $0.00 |
| Pacific Gold Marketing Inc. | 7100-000 | $261.29 | $0.00 | $0.00 | $0.00 |
| POWER DISTRIBUTING LLC | 7100-000 | $543.00 | $0.00 | $0.00 | $0.00 |
| PROVIDENT LIFE & ACCIDENT INS CO | 7100-000 | $175.05 | $0.00 | $0.00 | $0.00 |
| RED HEN BREAD CORP | 7100-000 | $2,019.98 | $0.00 | $0.00 | $0.00 |
| RIVER VALLEY RANCH | 7100-000 | $796.00 | $0.00 | $0.00 | $0.00 |
| RUNGE PAPER CO | 7100-000 | $849.31 | $0.00 | $0.00 | $0.00 |
| SECURE PRODUCTS CORPORATION | 7100-000 | $107.75 | $0.00 | $0.00 | $0.00 |
| SERVICE MECHANICAL INDUSTRIES INC | 7100-000 | $2,948.00 | $0.00 | $0.00 | $0.00 |
| STAPLES BUSINESS ADVANTAGE | 7100-000 | $219.81 | $0.00 | $0.00 | $0.00 |
| STOLLER BEER | 7100-000 | $0.10 | $0.00 | $0.00 | $0.00 |
| SWEET MARGY CONFECTION DIVA | 7100-000 | $220.00 | $0.00 | $0.00 | $0.00 |
| THAT PICKLE GUY | 7100-000 | $287.25 | $0.00 | $0.00 | $0.00 |
| THE HOME CITY ICE CO. | 7100-000 | $2,547.31 | $0.00 | $0.00 | $0.00 |
| UNIFIRST CORP | 7100-000 | $317.65 | $0.00 | $0.00 | $0.00 |
| UPS | 7100-000 | $11,728.82 | $0.00 | $0.00 | $0.00 |
| UPS SUPPLY CHAIN SOLUTIONS INC | 7100-000 | $3,595.63 | $0.00 | $0.00 | $0.00 |
| Urban Oven | 7100-000 | $327.40 | $0.00 | $0.00 | $0.00 |
| WEINBAUER | 7100-000 | $25.17 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| DISTRIBUTING - BEER | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | $82,709.11 | $153,402.52 | $153,402.52 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 09-40607 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | Date Filed (f) or Converted (c): | 10/28/2009 (f) |
| For the Period Ending: | 4/14/2016 | | | §341(a) Meeting Date: | 01/20/2010 |
| | | | | Claims Bar Date: | 04/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Payables Account (MB Financial Bank, Account number 1600003451) | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Payroll Account (MB Financial Bank, Account number 1600003443) | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Primary Account (MB Financial Bank, Account number 1600003427) | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Store Payables Account (MB Financial Bank, Account number 1600003435) | $0.00 | $0.00 | | $0.00 | FA |
| 5 | small, old accounts receivables, for which contact information for collection was not available | $4,630.14 | $4,630.14 | | $0.00 | FA |
| **Asset Notes:** | Small receivables | | | | | |
| 6 | ADT a/r (u) | $0.00 | $1,306.00 | | $1,306.00 | FA |
| 7 | Asset Preference Recovery, Janiking (u) | $0.00 | $1,052.00 | | $1,052.00 | FA |
| **Asset Notes:** | one remaining adv, Sabaca.  This asset fully administered. | | | | | |
| 8 | Sabaca adversary (u) | $0.00 | $74,820.00 | | $7,500.00 | FA |
| **Asset Notes:** | Sabaca adversary, settled, awaiting funds.  Last of 7500.00 received 10.5.15 | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.99 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                                 **Gross Value of Remaining Assets**

$4,630.14     $81,808.14     $9,858.99     $0.00

**Major Activities affecting case closing:**

Final report filed in Court.

For tax purposes, this case was treated as a subsidiary of the Sam's, 09-40598 case there by avoiding an accountant's fee for preparation of taxes in this case.  11.5.15

No taxes due (Lois West).

Accountant hired, no claim objections necessary.

Hire Lois West, accountant.

Case 09-40607 Doc 80 Filed 04/22/16 Entered 04/22/16 10:24:28 Desc Main
Document Page 9 of 19

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2 Exhibit 8

| Case No.: | 09-40607 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | Date Filed (f) or Converted (c): | 10/28/2009 (f) |
| For the Period Ending: | 4/14/2016 | | | §341(a) Meeting Date: | 01/20/2010 |
| | | | | Claims Bar Date: | 04/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Agreed with counsel on which objections to make on claims.

3.10.15 Sabaca compromise approved 3.10.15.

This case is administratively insolvent and needs claim objections filed.

Awaiting payment on Sabaca adversaries both cases (09-40598).

Last 2 adversaries, Sabaca (one in each 40598 and 40607) have been settled. Get them approved and review claims.

E-mailed Mr. Hackney as to the status of each Sabaca adversary.

After reviewing the Sabaca financials and speaking to Mr. Scalambrino, I instructed Mr. Hackney to make one final counter at 7500 for each of the 2 Sabaca adversaries (one in each case). 10.31.2014

Advised Mr. Hackney to reject the offer to settle both Sabaca adversaries one in 09-40598

for 10,000. Authorized him to counter with an offer of 40,000.00 in each adversary after reviewing ordinary course and new value defense materials. 9.29.14

Add claims 9-24.

No secured claims filed. Case is administratively insolvent. and therefore no need to object improperly categorized unsecured claim as a priority claim. There is one adversary pending, Sabaca. 9.11.14

On Sabaca adversary remains. Its attorney has claimed a complete defense, which we dispute. He has been asked to file an answer or submit settlement offer. 7.21.14

Case 09-40607   Doc 80   Filed 04/22/16   Entered 04/22/16 10:24:28   Desc Main
Document      Page 10 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3    Exhibit 8

| Case No.: | 09-40607 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | Date Filed (f) or Converted (c): | 10/28/2009 (f) |
| For the Period Ending: | 4/14/2016 | | | §341(a) Meeting Date: | 01/20/2010 |
| | | | | Claims Bar Date: | 04/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Adversaries (preferences) to be filed by 10.24.11.

10.24.11 two adversaries filed, first status 11.30.11

JaniKing and Sabaca adversaries filed, not yet settled.2/11.12

Requested status these 2, Sabaca and Janiking adversaries of Mr. Hackney 3.11.12

5.14.12 case re-assigned to Judge Barnes

Requested status report on only remaining adversary Sabaca. 02.21.14


Next status 8.15.12

2 adversaries filed in this case.  10.15.12

Jani-King adversary settled, motion to approve filed.  Sabaca Beverage adversary, settlment negotiations are ongoing. 3.3.13.

Order entered compromising Jani-King adversary.  Get status of Sabaca adversary. 5.11.13

Record show no receipt of 5628.00 to settle Jani-King, check with Bill and Craig Goode. 7.29.13

Order shows Jani-King settled for $1052  also have another check from Jani-King in amount of $1995, check other fase 09-40598, which is where it belongs.  8.28.13

Last adversary outstanding is Sabaca(large dollar amount. Status report adversaries both cases is delivered. 9.12.13

October status showed Sabaca, the last remaining adversary is not yet settled. 10.22.13

Requested status on remaining adversary, Sabaca,
not yet settled.
12.20.13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4     Exhibit 8

| **Case No.:** | 09-40607 | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|
| **Case Name:** | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | **Date Filed (f) or Converted (c):** | 10/28/2009 (f) |
| **For the Period Ending:** | 4/14/2016 | | **§341(a) Meeting Date:** | 01/20/2010 |
| | | | **Claims Bar Date:** | 04/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Requested status on Sabaca adversary.   Bill Hackney will provide as Craig Goode no longer with firm 3.4.2014  Status in court 4.2.14

Only remaining adversary, Sabaca, claims complete defense.  We have advised them to file answer or submit settlement proposal by the 8.19.14 court status.  6.24.14

Look at preferences. 6.25.10

Look at tax loss carry back  issues.  10.03.10

Got bank  statements must conduct preference analysis in all 4 Sam's cases.  01.05.2011

Initial preference analysis justifies keeping all 4 cases open. 1.26.2011

**Initial Projected Date Of Final Report (TFR):**     12/31/2010          **Current Projected Date Of Final Report (TFR):**     10/15/2015          /s/ HORACE FOX, JR.
                                                                                                                                                                                                      HORACE FOX, JR.

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-40607 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5319 | | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 10/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $1,305.82 | | $1,305.82 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.47 | $1,305.35 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.10 | $1,303.25 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.17 | $1,301.08 |
| 10/21/2011 | 5001 | Clerk of the Bankruptcy court | Filing fees for preferences 2 | 2700-000 | | $500.00 | $801.08 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.80 | $799.28 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.24 | $798.04 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.28 | $796.76 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.28 | $795.48 |
| 02/06/2012 | 5002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.77 | $794.71 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.20 | $793.51 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.32 | $792.19 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.19 | $791.00 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.27 | $789.73 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.27 | $788.46 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.23 | $787.23 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.39 | $785.84 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.10 | $784.74 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.26 | $783.48 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.30 | $782.18 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.18 | $781.00 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.26 | $779.74 |
| 02/05/2013 | 5003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $0.93 | $778.81 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.13 | $777.68 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.25 | $776.43 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.21 | $775.22 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.33 | $773.89 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.12 | $772.77 |
| | | | **SUBTOTALS** | | **$1,305.82** | **$533.05** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-40607 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5319 | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/28/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.24 | $771.53 |
| 08/29/2013 | (7) | Janiking Opportunity Franchising, Inc. | Adversary Settlement #1102245 | 1241-000 | $1,052.00 | | $1,823.53 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.54 | $1,821.99 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.65 | $1,819.34 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.93 | $1,816.41 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.93 | $1,813.48 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $1,810.65 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.11 | $1,807.54 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.63 | $1,804.91 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.72 | $1,802.19 |
| 04/01/2014 | 5004 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $1.53 | $1,800.66 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.81 | $1,797.85 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.99 | $1,794.86 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.70 | $1,792.16 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.89 | $1,789.27 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.98 | $1,786.29 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.69 | $1,783.60 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.06 | $1,780.54 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.59 | $1,777.95 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.86 | $1,775.09 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.95 | $1,772.14 |
| 02/26/2015 | 5005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $1.41 | $1,770.73 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.58 | $1,768.15 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.76 | $1,765.39 |
| 04/14/2015 | (8) | Sabaca Beverage Group, Inc. | Settlement agreement- $1,250.00 shall be paid on or before the thirtieth day of each subsequent month for the next 5 months, or until Sabaca has paid the Trustee a total of $7500.00. | 1241-000 | $1,250.00 | | $3,015.39 |

**SUBTOTALS** $2,302.00 $59.38

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-40607 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5319 | | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 10/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.79 | $3,011.60 |
| 05/05/2015 | (8) | Smith Amundsen LLC | Settlement agreement- $1,250.00 shall be paid on or before the thirtieth day of each subsequent month for the next 5 months, or until Sabaca has paid the Trustee a total of $7500.00. | 1241-000 | $2,500.00 | | $5,511.60 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.24 | $5,503.36 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.59 | $5,494.77 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.43 | $5,485.34 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.28 | $5,477.06 |
| 09/14/2015 | (8) | William S. Hackney | 2500.00 for Sabaca adversary from attorney for trustee, Mr. Hackney toward 7500 compromise | 1241-000 | $2,500.00 | | $7,977.06 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.63 | $7,966.43 |
| 10/05/2015 | (8) | William S. Hackney, Smith Amundsen/Sabaca | final 1250 installment od 7500.00 Sabaca compromise | 1241-000 | $1,250.00 | | $9,216.43 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.02 | $9,201.41 |
| 02/18/2016 | 5006 | Clerk, US Bankruptcy Court | void and reissue, should have been paid to Wm Hackney and Smith Amundsen for expenses, not clerk. | 3220-001 | | $2.72 | $9,198.69 |
| 02/18/2016 | 5006 | VOID: Clerk, US Bankruptcy Court | | 3220-003 | | ($2.72) | $9,201.41 |
| 02/18/2016 | 5007 | William Hackney, Smith Amundsen | Final Account Number: ; Claim #: ; Dividend: 54.33; Amount Allowed: 5,000.00; Notes: fees voluntarily reduced by attorney.; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $5,000.00 | $4,201.41 |
| 02/18/2016 | 5008 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,735.90 | $2,465.51 |
| 02/18/2016 | 5009 | Gerald Johnneson | Final Account Number: ; Claim #: 13; Dividend: 4.56; Amount Allowed: 420.00; Notes: possible former employee, no objection filed.; Account Number: ; Distribution Dividend: {$v | 5600-000 | | $420.00 | $2,045.51 |
| | | | **SUBTOTALS** | | $6,250.00 | $7,219.88 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-40607 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5319 | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/18/2016 | 5010 | Jon Burdick | Final Account Number: ; Claim #: 8; Dividend: 22.20; Amount Allowed: 2,425.00;  Notes:  Claim by individual, not a government claim. Former employee.  There is out of district authority for the proposition that 507 a 7 is applied to goods, property and s | 5800-000 | | $2,042.79 | $2.72 |
| 02/18/2016 | 5011 | William Hackney and Smith Amundsen LLC | void and reissue, should have been paid to Wm Hackney and Smith Amundsen for expenses, not clerk.  Reissued 2.18.16 | 3220-000 | | $2.72 | $0.00 |
| | | | **TOTALS:** | | $9,857.82 | $9,857.82 | $0.00 |
| | | | Less: Bank transfers/CDs | | $1,305.82 | $0.00 | |
| | | | Subtotal | | $8,552.00 | $9,857.82 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,552.00 | $9,857.82 | |

| For the period of  10/28/2009 to 4/14/2016 | | For the entire history of the account between 07/25/2011 to 4/14/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,552.00 | Total Compensable Receipts: | $8,552.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,552.00 | Total Comp/Non Comp Receipts: | $8,552.00 |
| Total Internal/Transfer Receipts: | $1,305.82 | Total Internal/Transfer Receipts: | $1,305.82 |
| | | | |
| Total Compensable Disbursements: | $9,857.82 | Total Compensable Disbursements: | $9,857.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $9,857.82 | Total Comp/Non Comp  Disbursements: | $9,857.82 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5       Exhibit 9

| Case No. | 09-40607 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***5319 | | | Checking Acct #: | ******0607 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******0607 | Transfer For Bond Payment | 9999-000 | $1.17 | | $1.17 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $1.17 | $0.00 |
| | | | **TOTALS:** | | $1.17 | $1.17 | $0.00 |
| | | | Less: Bank transfers/CDs | | $1.17 | $0.00 | |
| | | | Subtotal | | $0.00 | $1.17 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $1.17 | |

| For the period of 10/28/2009 to 4/14/2016 | | For the entire history of the account between 02/17/2011 to 4/14/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1.17 | Total Internal/Transfer Receipts: | $1.17 |
| | | | |
| Total Compensable Disbursements: | $1.17 | Total Compensable Disbursements: | $1.17 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1.17 | Total Comp/Non Comp Disbursements: | $1.17 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-40607 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***5319 | | Money Market Acct #: | ******0607 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2010 | (6) | ADT Security Services, Inc. | Refund of a over payment from ADT | 1221-000 | $1,306.00 | | $1,306.00 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.01 | | $1,306.01 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.05 | | $1,306.06 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.06 | | $1,306.12 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.05 | | $1,306.17 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.06 | | $1,306.23 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.05 | | $1,306.28 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.06 | | $1,306.34 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.06 | | $1,306.40 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.05 | | $1,306.45 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.06 | | $1,306.51 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.05 | | $1,306.56 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.06 | | $1,306.62 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.06 | | $1,306.68 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.05 | | $1,306.73 |
| 03/02/2011 | | Transfer To # ******0607 | Transfer For Bond Payment | 9999-000 | | $1.17 | $1,305.56 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.06 | | $1,305.62 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.05 | | $1,305.67 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.06 | | $1,305.73 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.05 | | $1,305.78 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.04 | | $1,305.82 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $1,305.82 | $0.00 |

**SUBTOTALS** $1,306.99 $1,306.99

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-40607 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***5319 | | Money Market Acct #: | ******0607 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $1,306.99 | $1,306.99 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $1,306.99 | |
| | | | Subtotal | | $1,306.99 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,306.99 | $0.00 | |

| For the period of 10/28/2009 to 4/14/2016 | | For the entire history of the account between 01/22/2010 to 4/14/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,306.99 | Total Compensable Receipts: | $1,306.99 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,306.99 | Total Comp/Non Comp Receipts: | $1,306.99 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,306.99 | Total Internal/Transfer Disbursements: | $1,306.99 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-40607 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SAM'S WINES & SPIRITS OF DOWNER GROVE, LLC | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***5319 | | | Money Market Acct #: | ******0607 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/14/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $9,858.99 | $9,858.99 | $0.00 |

**For the period of 10/28/2009 to 4/14/2016**

| Total Compensable Receipts: | $9,858.99 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,858.99 |
| Total Internal/Transfer Receipts: | $1,306.99 |
| | |
| Total Compensable Disbursements: | $9,858.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,858.99 |
| Total Internal/Transfer Disbursements: | $1,306.99 |

**For the entire history of the case between 10/28/2009 to 4/14/2016**

| Total Compensable Receipts: | $9,858.99 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,858.99 |
| Total Internal/Transfer Receipts: | $1,306.99 |
| | |
| Total Compensable Disbursements: | $9,858.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,858.99 |
| Total Internal/Transfer Disbursements: | $1,306.99 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.